UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| EMILY JAYNE BOURQUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARION COUNTY BOARD OF ) | |
| EDUCATION d/b/a MARION COUNTY ) | |
| SCHOOLS; MARK GRIFFITH, Individually ) | No.1:21−cv−00047−DCLC−SKL |
| and as an agent of Marion County Schools; ) | |
| JAMES RYAN PHILLLIPS, Individually and ) | |
| as an agent of MARION COUNTY SCHOOLS; ) | |
| SHERRY PRINCE, Individually and as an ) | |
| agent of MARION COUNTY SCHOOLS; and ) | |
| JULIE BENNETT, Individually and as an agent ) | |
| Of MARION COUNTY SCHOOLS; ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this civil action, by and through their respective counsel, stipulate that this action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| MIKEL & HAMILL PLLC | BENNETT & DECAMP, PLLC |
|---|---|
| By: _s/ *Donna J. Mikel*_ | BY: /s/ *Mary C. DeCamp* |
| Donna J. Mikel, BPR#020777 | D. SCOTT BENNETT, #015988 |
| Attorney for Plaintiff | MARY C. DECAMP, BPR#027182 |
| 620 Lindsay St., Suite 200 | *Attorneys for Defendants* |
| Chattanooga, TN 37402 | 707 Georgia Avenue |
| (423) 541-5400 | Suite 300 |
| dmikel@mhemploymentlaw.com | Chattanooga, TN. 37402 |
| | Telephone: (423) 498-3789 |
| | dsb@bennettdecamp.com |
| | mcd@bennettdecamp.com |

CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2022, a copy of the foregoing Stipulation of Dismissal was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and/or electronic mail. Parties may access this filing through the Court's electronic filing system.

    _s/ *Donna J. Mikel*_